**Memorandum Opinion filed October 20, 2015, Withdrawn; Appeal Reinstated; Motion Denied; and Order Filed October 27, 2015.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00437-CV
_____

**RICHARD A. DUNSMORE, Appellant**

**V.**

**MADELINE ORTIZ, ET AL, Appellee**

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 76312-I**

## ORDER

This court notified the parties on September 29, 2015, of its intent to dismiss the appeal for appellant's failure to comply with Tex. Civ. Prac. & Rem. Code Ann. § 14.004, unless any party showed meritorious grounds for continuing the appeal by October 9, 2015. Having received no response to that notice, the court issued an opinion dismissing this appeal on October 20, 2015.

Just after the opinion was issued, the court received documents from the appellant in an envelope postmarked October 7, 2015. The documents substantially comply with the requirements of section 14.004.

Accordingly, the opinion filed October 20, 2015, is **WITHDRAWN**, and our judgment of that date is **VACATED**.  The appeal is ordered **REINSTATED**.

Appellant's motion to be appointed an attorney, filed August 11, 2015, was denied as moot on October 15, 2015. We **WITHDRAW** our ruling of October 15, 2015, and now **DENY** that motion.


PER CURIAM